Julian CARREON and Benito Rocho v. STATE. (No. 12224.) Court of Criminal Appeals of Texas. Oct. 17, 1928. 

 Henry T. Moore, of El Paso, for appellants. A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, felony theft; punishment, two years in the penitentiary. We find in the record neither bills of exception nor statement of facts. Nothing being presented for review, the judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined

by the judges of the Court of Criminal Appeals and approved by the court.